UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMY HILL, | : | |
|     Plaintiff, | : | |
| | : | Docket No.: 3:26-cv-538 |
| v. | : | |
| | : | |
| TARGET CORPORATION d/b/a | : | |
| TARGET STORES, INC., | : | |
|     Defendant. | : | APRIL 8, 2026 |

**DEFENDANT TARGET CORPORATION D/B/A TARGET STORES, INC.'S
<u>NOTICE OF REMOVAL</u>**

**To the Judges of the United States District Court for The District of Connecticut:**

The Defendant Target Corporation d/b/a Target Stores, Inc., by and through its undersigned

counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441, hereby removes this action from the

Superior Court, Judicial District of New Britain at New Britain, State of Connecticut, to the United

States District Court for the District of Connecticut and in support of which states as follows:

(1)    The Plaintiff filed this action against Defendant Target Corporation d/b/a Target

Stores, Inc. and served a copy of a Summons and Complaint on Defendant's Agent for Service on

or about March 19, 2026, entitled <u>Amy Hill v. Target Corporation and Target Stores, Inc.</u>, Docket

No. HHB-CV26-6104352-S , bearing a return date of April 21, 2026 and made returnable to the

Superior Court, Judicial District of New Britain at New Britain.  Copies of the Summons and

Complaint are attached hereto as Exhibit "A".

(2)    In the Complaint, the Plaintiff asserts claims for common law negligence against

the Defendant, alleging that the Plaintiff sustained physical injuries and damages on June 3, 2024,

when she was shopping at the Southington, Connecticut Target store and she slipped and fell on

the sidewalk outside the store. The Plaintiff is claiming physical injuries, some of which are alleged

1

to be "permanent." Although liability and damages are disputed by the Defendant, any award in favor of the Plaintiff could potentially exceed the jurisdictional threshold of $75,000.00 given the claims made by the Plaintiff as set forth in the Complaint.

(3)    Target Corporation d/b/a Target Stores, Inc. is a Minnesota corporation with a principal place of business in Minneapolis, Minnesota.

(4)    Plaintiff Amy Hill is a resident, citizen and is domiciled in Southington, Connecticut.  An address of 347 South End Road, Southington, CT 06479 was provided for the Plaintiff on the Summons dated March 16, 2026 and filed with the Court on March 25, 2026.

(5)    The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff, and the matter is between Target Corporation d/b/a Target Stores, Inc. and Plaintiff, which are citizens of different states.  Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6)    This Notice of Removal is being filed within thirty (30) days of Defendant being notified of this lawsuit; Defendant Target Corporation d/b/a Target Stores, Inc. complied with all requirements of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Corporation d/b/a Target Stores, Inc. respectfully requests that the above action be removed from the Superior Court, Judicial District of New Britain at New Britain, State of Connecticut, to this Honorable Court.

Defendant Target Corporation
d/b/a Target Stores, Inc.,
By its attorney,


*/s/ Dawn M. Neborsky*  *#27985*
Dawn M. Neborsky, Esq.
Kiernan Trebach LLP
40 Court Street, 3rd Floor
Boston, MA 02108
Fed. Bar No. 27985
Tel: 617-426-3900
dneborsky@kiernantrebach.com


## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of April, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


*/s/ Dawn M. Neborsky*  *#27985*
Dawn M. Neborsky, Esq.

3

# EXHIBIT A

**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
03/19/2026
CT Log Number 551688036

## Service of Process Transmittal Summary

**TO:** Non Employee Litigation Target, Cathy Schuda
Target Corporation
1000 NICOLLET MALL, MS: TPS-3155
MINNEAPOLIS, MN 55403-2542

**RE:** **Process Served in Connecticut**

**FOR:** Target Corporation  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: AMY HILL // To: Target Corporation |
| **CASE #:** | None Specified |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Manchester, CT |
| **DATE/METHOD OF SERVICE:** | By Process Server on 03/19/2026 at 12:09 |
| **JURISDICTION SERVED:** | Connecticut |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/20/2026, Expected Purge Date: 03/25/2026 |
| | Image SOP |
| | Email Notification,  Non Employee Litigation Target, Cathy Schuda  gl.legal@target.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>357 E Center St. Ste 2J<br>Manchester, CT 06040<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |
| **REMARKS:** | Please note the process served underlined, circled, initiated and/or highlighted the entity name served prior to receipt by CT |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**         Thu, Mar 19, 2026
**Server Name:**      Drop Service

| Entity Served | TARGET CORPORATION |
|---|---|
| Case Number | |
| Jurisdiction | CT |

| Inserts | | |
|---|---|---|
| | | |



**SUMMONS - CIVIL**
JD-CV-1   Rev. 1-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. | STATE OF CONNECTICUT **SUPERIOR COURT** *www.jud.ct.gov* |
|---|---|



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* **20 Franklin Street, New Britain, CT 06051** | Telephone number of clerk **( 860 ) 515 – 5180** | Return Date *(Must be a Tuesday)* **04/21/2026** |
|---|---|---|
| ☒ Judicial District   ☐ Housing Session   G.A. ☐ Number: ___ | At *(City/Town)* **New Britain** | Case type code *(See list on page 2)* Major: **T**   Minor: **03** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* **Carter Mario Law Firm, 100 Plains Road, Milford, CT 06461** | Juris number *(if attorney or law firm)* **106160** |
|---|---|
| Telephone number **( 203 ) 876 – 2711** | Signature of plaintiff *(if self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* **pleadings@cartermario.com** |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: HILL, AMY<br>Address: 347 SOUTH END ROAD, SOUTHINGTON, CT 06479 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: TARGET CORPORATION d/b/a TARGET STORES, INC. 1000 NICOLLET MALL, MINNEAPOLIS, MN 55403<br>Address: C/O CT CORPORATION SYSTEM, 357 EAST CENTER ST., STE 2J, MANCHESTER, CT 06060 | D-01 |
| **Additional defendant** | Name:<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.

2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.

3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.

4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.

5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date **03/16/2026** | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ _____ Clerk | Name of person signing **WILLIAM BROWN, JR.** |
|---|---|---|---|

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date<br><br>A TRUE COPY ATTEST<br><br>John J. O'Leary<br>CT State Marshal - Hartford County |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

**Page 1 of 2**

## Instructions

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

   *Do not use this summons for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters)*
   (b) *Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   (c) *Applications for change of name*
   (d) *Probate appeals*

   (e) *Administrative appeals*
   (f) *Proceedings pertaining to arbitration*
   (g) *Summary Process (Eviction) actions*
   (h) *Entry and Detainer proceedings*
   (i) *Housing Code Enforcement actions*

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
|  | C 10 | Construction - State and Local |  | P 10 | Partition |
|  | C 20 | Insurance Policy |  | P 20 | Quiet Title/Discharge of Mortgage or Lien |
|  | C 30 | Specific Performance |  | P 30 | Asset Forfeiture |
|  | C 40 | Collections |  | P 90 | All other |
|  | C 50 | Uninsured/Underinsured Motorist Coverage |  |  |  |
|  | C 90 | All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
|  |  |  |  | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation |  | T 11 | Defective Premises - Public - Snow or Ice |
|  | E 10 | Redevelopment Condemnation |  | T 12 | Defective Premises - Public - Other |
|  | E 20 | Other State or Municipal Agencies |  | T 20 | Products Liability - Other than Vehicular |
|  | E 30 | Public Utilities & Gas Transmission Companies |  | T 28 | Malpractice - Medical |
|  | E 90 | All other |  | T 29 | Malpractice - Legal |
|  |  |  |  | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit |  | T 40 | Assault and Battery |
|  | H 12 | Housing - Rent and/or Damages |  | T 50 | Defamation |
|  | H 40 | Housing - Housing - Audita Querela/Injunction |  | T 61 | Animals - Dog |
|  | H 50 | Housing - Administrative Appeal |  | T 69 | Animals - Other |
|  | H 60 | Housing - Municipal Enforcement |  | T 70 | False Arrest |
|  | H 90 | Housing - All Other |  | T 71 | Fire Damage |
|  |  |  |  | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles' - Driver and/or Passenger(s) vs. Driver(s) |
|  | M 10 | Receivership |  | V 04 | Motor Vehicles' - Pedestrian vs. Driver |
|  | M 15 | Receivership for Abandoned/Blighted Property |  | V 05 | Motor Vehicles' - Property Damage only |
|  | M 20 | Mandamus |  | V 06 | Motor Vehicle' - Products Liability Including Warranty |
|  | M 30 | Habeas Corpus (extradition, release from Penal Institution) |  | V 09 | Motor Vehicle' - All other |
|  | M 40 | Arbitration |  | V 10 | Boats |
|  | M 50 | Declaratory Judgment |  | V 20 | Airplanes |
|  | M 63 | Bar Discipline |  | V 30 | Railroads |
|  | M 66 | Department of Labor Unemployment Compensation Enforcement |  | V 40 | Snowmobiles |
|  | M 68 | Bar Discipline - Inactive Status |  | V 90 | All other |
|  | M 70 | Municipal Ordinance and Regulation Enforcement |  |  | 'Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
|  | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |  |  |  |
|  | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
|  | M 84 | Foreign Protective Order |  | W 90 | All other |
|  | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |  |  |  |
|  | M 90 | All other |  |  |  |

Page 2 of 2

RETURN DATE: APRIL 21, 2026        :        SUPERIOR COURT

AMY HILL                           :        J.D. OF NEW BRITAIN

V.                                 :        AT NEW BRITAIN

TARGET CORPORATION d/b/a
TARGET STORES, INC.                :        MARCH 16, 2026

## COMPLAINT

1. The Plaintiff, Amy Hill (hereinafter the "Plaintiff"), is a resident of the State of Connecticut with her primary place of residence being in the Town of Southington.

2. The Defendant, Target Corporation d/b/a Target Stores, Inc. (hereinafter the "Defendant"), is a foreign corporation and registered and authorized to do business within the State of Connecticut.

3. At all times mentioned herein, based upon information and belief, the Defendant, its agents, servants, and/or employees possessed, managed, controlled, and/or maintained the Target Store located at 600 Executive Blvd S, in Southington, Connecticut, including the sidewalk adjacent to the Target Store (hereinafter the "premises").

4. On or about June 3, 2024, the Plaintiff, Amy Hill, was lawfully on the premises as a business invitee and customer of the Target Store.

5. At the same time and place, as the Plaintiff approached the entrance of the store, she was suddenly and without warning, caused to trip and fall on broken and/or uneven sidewalk

1

and truncated domes with an unbolted panel (hereinafter the "fall") and sustain personal injuries.

6. The Plaintiff's fall and injuries were due to the negligence and carelessness of the Defendant, its agents, servants, and/or employees, in one or more of the following ways:

    a. It had a duty to maintain the sidewalk in an orderly manner, yet failed to do so;

    b. It failed to maintain the sidewalk in a reasonably safe condition despite knowing or should of knowing of this defective condition;

    c. It knew or should have known that the sidewalk was built and maintained in a negligent manner;

    d. It failed to warn the Plaintiff of a hazardous condition by posting signs that would call attention to the uneven dangerous sidewalk despite knowing or should knowing of the defective condition;

    e. It failed to take reasonable precautions to prevent injury to the plaintiff, when it knew, or should have known of the dangerous conditions on the premises;

    f. It failed to take precautions to remedy the dangerous condition created by the sidewalk; and

    g. It failed to inspect or adequately inspect said sidewalk in order to ensure its safety.

7. As a direct and proximate result of the negligence and carelessness of the defendant, the plaintiff has suffered the following serious and painful injuries and/or exacerbations, some or all which may be permanent in nature:

    a. Hamstring tendinitis of right thigh;
    b. Strain of the muscle, fascia, and tendon of the posterior muscle group in the right thigh;
    c. Sprain of lateral collateral ligament of right knee;

2

    d.  Chondromalacia patellae in right knee;
    e.  Right knee pain;
    f.  Right knee pain with possible meniscus tear;
    g.  Hoffa's fat pad attachment/ligamentum mucosum tear in right knee;
    h.  Lateral collateral ligament tear in right knee; and
    i.  Pain and suffering, both physically and mentally.

8. As a result of her injuries, the Plaintiff incurred substantial expenses for hospital, medical care and attention, surgery, x-rays, physicians, rehabilitation, therapy, and may incur additional medical expenses in the future.

9. As a further result of her injuries, the Plaintiff has endured substantial pain and suffering, loss of sleep and continual discomfort and will continue to do so in the future.

10. As a further result of her injuries, the Plaintiff's activities and leisure time pursuits have been greatly impaired, interrupted, and/or completely diminished.

THE PLAINTIFF:
Amy Hill,

By: William Brown, Jr., Esq.
Carter Mario Law Firm
100 Plains Road
Milford, CT 06461
Tele No: (203) 876-2711
Juris No: 106160

A TRUE COPY ATTEST

John L. O'Leary
CT State Marshal - Hartford County

3

RETURN DATE: APRIL 21, 2026      :      **SUPERIOR COURT**

**AMY HILL**      :      **J.D. OF NEW BRITAIN**

**V.**      :      **AT NEW BRITAIN**

**TARGET CORPORATION d/b/a**
**TARGET STORES, INC.**      :      **MARCH 16, 2026**

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff claims:

1. Monetary relief; and

2. Such other and further relief as the Court deems appropriate.

THE PLAINTIFF:
Amy Hill,

By: William Brown, Jr., Esq.
Carter Mario Law Firm
100 Plains Road
Milford, CT 06461
Tele No: (203) 876-2711
Juris No: 106160

A TRUE COPY ATTEST

John J. O'Leary
CT State Marshal - Hartford County

4

RETURN DATE: APRIL 21, 2026     :       SUPERIOR COURT

AMY HILL                       :       J.D. OF NEW BRITAIN

V.                             :       AT NEW BRITAIN

TARGET CORPORATION d/b/a
TARGET STORES, INC.        :       MARCH 16, 2026

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than $15,000.00, exclusive of interest and costs.

THE PLAINTIFF:
Amy Hill,

By: William Brown, Jr., Esq.
Carter Mario Law Firm
100 Plains Road
Milford, CT 06461
Tele No: (203) 876-2711
Juris No: 106160

A TRUE COPY ATTEST

John J. O'Leary
CT State Marshal - Hartford County

5